IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Young, Lillie M | Case Number: 08 B 01875 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 4/1/08 | Filed: 1/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: March 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Target National Bank | Unsecured | 470.82 | 0.00 |
| 2. | GE Money Bank | Unsecured | 321.69 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 805.88 | 0.00 |
| 4. | Bass & Associates | Unsecured | 254.09 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 87.12 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 116.63 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 558.64 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 188.08 | 0.00 |
| 9. | Citizens Bank | Secured | | No Claim Filed |
| 10. | HomeComings Financial Network | Secured | | No Claim Filed |
| 11. | American General Finance | Secured | | No Claim Filed |
| 12. | CitiFinancial | Unsecured | | No Claim Filed |
| 13. | American Express | Unsecured | | No Claim Filed |
| 14. | Chase | Unsecured | | No Claim Filed |
| 15. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 16. | Chase | Unsecured | | No Claim Filed |
| 17. | GEMB | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Great Lakes Higher Education | Unsecured | | No Claim Filed |
| 20. | GEMB | Unsecured | | No Claim Filed |
| 21. | American Express | Unsecured | | No Claim Filed |
| 22. | Sallie Mae | Unsecured | | No Claim Filed |
| 23. | UNVL/CITI | Unsecured | | No Claim Filed |
| 24. | Thd/Cbsd | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Young, Lillie M | Case Number: 08 B 01875 |
| | Judge: Squires, John H |
| Printed: 4/1/08 | Filed: 1/29/08 |

                                                  _____       _____
                                                  $ 2,802.95       $ 0.00

### TRUSTEE FEE DETAIL

          <u>Fee Rate</u>          <u>Total Fees</u>
                        _____
                        $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

                                            _____